# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

Ronald E. Govan

        Plaintiff,

    v.

United States of America
Department of Veterans Affairs

        Defendants.

ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES

Case Number: 09-491-RBK

APPEAL

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

IT IS ORDERED that the application is:

☑ GRANTED

☐ DENIED, for the following reasons:

_____

_____

ENTERED this __4th__ day of __January__, 2010

_____
Hon. Robert B. Kugler, USDCJ